| | |
|---|---|
| David S. Bloch (SBN 184530)<br>Corey T. Leggett (SBN 342972)<br>Ray C. Huang (SBN 361135)<br>**GREENBERG TRAURIG, LLP**<br>101 2nd Street, Suite 2200<br>San Francisco, CA 94105<br>Telephone: (415) 590-5110<br>Facsimile: (415) 707-2010<br>blochd@gtlaw.com<br>corey.leggett@gtlaw.com | Gregory Bombard (*pro hac vice* forthcoming)<br>**GREENBERG TRAURIG, LLP**<br>One International Place, Suite 2000<br>Boston, MA 02110<br>Telephone: (617) 310-6027<br>gregory.bombard@gtlaw.com |

*Attorneys for Non-Parties Lyfe Capital, Derek Yuan, and James Zhao*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *IN RE* SUBPOENAS TO LYFE CAPITAL, DEREK YUAN, and JAMES ZHAO<br><br>In connection with:<br><br>HBM HOLDING LIMITED; HARBOUR ANTIBODIES U.S. INC.; and HARBOUR BIOMED (SHANGHAI) CO., LTD.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>WEIHAO XU,<br><br>　　　　　Defendant.<br><br>And related cross-action. | Case No. 3:25-mc-80399-LJC<br>Assigned to Hon. Lisa J. Cisneros<br><br>Case No. 24-cv-12724, pending in The United States District Court for the District of Massachusetts, Eastern Division<br><br>**STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME FOR LYFE CAPITAL, DEREK YUAN, AND JAMES ZHAO TO RESPOND TO PLAINTIFFS' MOTION TO COMPEL SUBPOENA RESPONSES (ECF 1)**<br><br>[*Declaration of Gregory Bombard submitted concurrently herewith*] |

Pursuant to Civil L.R. 6-1(b) and 6-2(a), HBM Holding Limited, Harbour Antibodies U.S. Inc., and Harbour Biomed (Shanghai) Co., Ltd. (collectively "Plaintiffs") and non-parties Lyfe Capital, Derek Yuan, and James Zhao (collectively "Respondents") submit this stipulation requesting an order enlarging the time for Respondents to respond to Harbour's Motion to Compel Subpoena Responses (ECF 1). Plaintiffs and Respondents, through their respective counsel, have conferred and agreed to stipulate as follows, subject to Court approval of the stipulation:

WHEREAS, on December 23, 2025, Plaintiffs filed a Motion to Compel Subpoena Responses from Non-Parties Lyfe Capital, Derek Yuan, and James Zhao (ECF 1) (the "Motion to Compel");

WHEREAS, under Civil L.R. 7-3(a), an opposition to a properly filed motion must be filed and served not more than 14 days after the motion was filed, and thus an opposition to the Motion to Compel must be filed on or before January 6, 2026;

WHEREAS, on December 31, 2025, counsel for Respondents emailed counsel for Plaintiffs to confer regarding the briefing schedule for the Motion to Compel and, due to professional scheduling conflicts over multiple holidays, requested additional time to assess and respond to the Motion to Compel, to which Plaintiffs agreed;

WHEREAS, pursuant to the parties' meet-and-confer and mutual agreement, Respondents may file their response to the Motion to Compel on or before **January 20, 2026**;

WHEREAS, the parties agree that the requested schedule is in their best interests and will promote a pragmatic and orderly administration of the action;

WHEREAS, there have been no prior extensions or modifications to timing in any respect in this matter before the Court, including as to briefing schedule for the Motion to Compel; and

WHEREAS, this stipulation should not have a materially adverse effect on the case schedule.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Respondents that Respondents may file their response to the Motion to Compel on or before **January 20, 2026**.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: January 5. 2026 | **GREENBERG TRAURIG, LLP** |
| 3 | | By:  */s/David S. Bloch* |
| 4 | | David S. Bloch (SBN 184530) |
| 5 | | Corey T. Leggett (SBN 342972) |
| | | Ray C. Huang (SBN 361135) |
| 6 | | GREENBERG TRAURIG, LLP |
| | | 101 2nd Street, Suite 2200 |
| 7 | | San Francisco, CA 94105 |
| | | Telephone: (415) 590-5110 |
| 8 | | Facsimile: (415) 707-2010 |
| 9 | | blochd@gtlaw.com |
| | | corey.leggett@gtlaw.com |
| 10 | | |
| 11 | | Gregory Bombard (*pro hac vice* forthcoming) |
| | | GREENBERG TRAURIG, LLP |
| 12 | | One International Place, Suite 2000 |
| | | Boston, MA 02110 |
| 13 | | Telephone: (617) 310-6027 |
| | | gregory.bombard@gtlaw.com |
| 14 | | |
| 15 | | *Counsel for Non-Parties Lyfe Capital, Derek Yuan, and James Zhao* |

| | |
|---|---|
| 1  Dated: January 5, 2026 | **DORSEY & WHITNEY LLP** |
| 2 | By:  /s/Kent J. Schmidt |
| 3 | Kent J. Schmidt (SBN 195969) |
| | *schmidt.kent@dorsey.com* |

Dated: January 5, 2026

**DORSEY & WHITNEY LLP**

By:   /s/Kent J. Schmidt

Kent J. Schmidt (SBN 195969)
*schmidt.kent@dorsey.com*
Jaycie J. Cruz (SBN 342494)
*cruz.jaycie@dorsey.com*
DORSEY & WHITNEY LLP
600 Anton Blvd., Suite 2000
Costa Mesa, CA 92626-7655
Telephone: (714) 800-1400
Facsimile: (714) 800-1499

*Attorneys for Plaintiffs and Third-Party Defendants*
HBM HOLDINGS LIMITED, HARBOUR ANTIBODIES U.S. INC., and HARBOUR BIOMED (SHANGHAI) CO., LTD. and JINGSONG WANG

**ATTESTATION**

Pursuant to Local Rule 5-1(i)(1)-(3), I hereby attest that all signatories listed above, and on whose behalf this filing is submitted, concur in the filings' content and have authorized the filing.

Dated: January 5, 2026         Respectfully submitted,

**GREENBERG TRAURIG, LLP**

By:  /s/David Bloch

David Bloch
Corey Leggett
Ray Huang
Gregory Bombard

*Counsel for Non-Parties Lyfe Capital,
Derek Yuan, and James Zhao*

**[PROPOSED] ORDER**

The Court, having reviewed the Parties' stipulation, and for good cause appearing, hereby **ORDERS** that the deadline for Respondents to respond to Plaintiffs' Motion to Compel Subpoena Responses (ECF 1) is extended to **January 20, 2026**.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January 6, 2026

_____
HON. LISA J. CISNEROS