Kent J. Schmidt (SBN 195969)
*schmidt.kent@dorsey.com*
Jaycie J. Cruz (SBN 352494)
*cruz.jaycie@dorsey.com*
**DORSEY & WHITNEY LLP**
600 Anton Blvd., Suite 2000
Costa Mesa, CA  92626-7655
Telephone:    (714) 800-1400
Facsimile:     (714) 800-1499

*Attorneys for Plaintiffs and Third-Party Defendant*
HBM HOLDINGS LIMITED, HARBOUR ANTIBODIES U.S. INC.,
and HARBOUR BIOMED (SHANGHAI) CO., LTD.; and
JINGSONG WANG

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *IN RE* SUBPOENAS TO LYFE CAPITAL, DEREK YUAN, and JAMES ZHAO<br><br>In connection with:<br><br>HBM HOLDINGS LIMITED; HARBOUR ANTIBODIES U.S. INC.; and HARBOUR BIOMED (SHANGHAI) CO., LTD.<br><br>        Plaintiffs,<br><br>vs.<br><br>WEIHAO XU,<br><br>        Defendants.<br>WEIHAO XU,<br><br>        Third-Party Plaintiff,<br><br>vs.<br><br>JINGSONG WANG,<br><br>        Third-Party Defendant. | CASE NO.: 3:25-mc-80399-LJC<br><br>Related Case No.: 24-cv-12724<br>Pending In: The United States District Court for the District of Massachusetts, Eastern Division<br><br>[~~PROPOSED~~] ORDER SETTING HEARING DATE ON PLAINTIFFS' MOTION TO COMPEL **AS MODIFIED**<br><br>[*Filed Concurrently Herewith in Support: Stipulation Requesting Hearing Date on Plaintiffs' Motion to Compel*]<br><br><br>HEARING DATE REQUESTED:<br>Date:    ~~March 19, 2026~~ **April 7, 2026**<br>Time:   1:30 p.m.   **via Zoom webinar** |

[~~PROPOSED~~] ORDER SETTING HEARING DATE ON PLAINTIFFS' MOTION TO COMPEL

THE COURT, having reviewed Plaintiffs HBM HOLDINGS LIMITED, HARBOUR ANTIBODIES U.S. INC., and HARBOUR BIOMED (SHANGHAI) CO., LTD.; Third-Party Defendant JINGSONG WANG (collectively, "Harbour"), and Non-Parties Lyfe Capital, Derek Yuan, and James Zhao (hereinafter, collectively, the "Respondents") Stipulation requesting a hearing date of **March 19, 2026, at 1:30 p.m.**, for Plaintiffs' Motion to Compel Subpoena Responses from Non-Parties Lyfe Capital, Derek Yuan, and James Zhao:

**IT IS ORDERED** that the Request is **GRANTED** AS MODIFIED:

**IT IS FURTHER ORDERED** that a hearing for the Motion to Compel Subpoena Responses from Respondents is set on **April 7, 2026, at 1:30 p.m. to be held on Judge Cisneros's Zoom webinar, available on the Northern District of California's web page at: https://cand.uscourts.gov/judges/ljc/cisneros-lisa-j.**

ORDERED this __6__ day of _____March__ , 2026.

_____
Hon. Lisa J. Cisneros
United States Magistrate Judge

---

1

[PROPOSED] ORDER SETTING HEARING DATE ON PLAINTIFFS' MOTION TO COMPEL

## CERTIFICATE OF SERVICE

I hereby certify on February 24, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Northern District of California by using the CM/ECF System.

Participants in the case who are registered CM/ECF Users will be served by the CM/ECF System.

DATED: February 24, 2026

**DORSEY & WHITNEY LLP**

By:    */s/ Kent J. Schmidt*
            Kent J. Schmidt

1

CERTIFICATE OF SERVICE