# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *IN RE* SUBPOENAS TO LYFE CAPITAL, DEREK YUAN, and JAMES ZHAO<br><br>In connection with:<br><br>HBM HOLDING LIMITED; HARBOUR ANTIBODIES U.S. INC.; and HARBOUR BIOMED (SHANGHAI) CO., LTD.,<br><br>             Plaintiffs,<br><br>    v.<br><br>WEIHAO XU,<br><br>             Defendant.<br><br>And related cross-action. | Case No. 3:25-mc-80399-LJC<br>Assigned to Hon. Lisa J. Cisneros<br><br><br>Case No. 24-cv-12724, pending in The United States District Court for the District of Massachusetts, Eastern Division<br><br><br>[PROPOSED] SEALING ORDER<br>   AS MODIFIED |

Before the Court is an Administrative Motion to Consider Whether Respondents' Materials Should Be Sealed (ECF 2), filed by plaintiffs HBM Holdings Limited, Harbour Antibodies U.S. Inc., and Harbour BioMed (Shanghai) Co., Ltd., and the response of non-parties Lyfe Capital, Derek Yuan, and James Zhao thereto.

Having considered these papers, IT IS HEREBY ORDERED THAT there the Administrative Motion to Consider Whether Respondents' Materials Should Be Sealed is GRANTED IN PART, as follows:

| Document s | Description | Decision and bases for sealing |
|---|---|---|
| ECF 1 at 16:3-6, ECF 1 at 16:15-17, ECF 1 at 18:15-19 | Quotes generally from documents produced by Lyfe in response to Harbour's subpoenas | GRANTED. These documents contain information designated as "Confidential" under the operative Protective Order and discuss highly confidential business information. Bombard Decl. ¶¶ 7-14. |
| ECF 1 at 19:3-5 | Quotes specifically from ECF 2-10 | |
| ECF 1: 19:14-23 | Quotes specifically from ECF 2-4 | |
| ECF 1: 20:1-9 | Quotes specifically from ECF 2-5 | |
| ECF 1: 20:11-20 | Quotes specifically from ECF 2-6 | |
| ECF 1: 20:22-21:2 | Quotes specifically from ECF 2-7 | |
| ECF 2-3 | Lyfe confidential emails, 8//1-7/24 | |
| ECF 2-4 | Lyfe confidenial emails, 3/28/24 | |
| ECF 2-5 | Lyfe confidential emails, 3/22-23/24 | |
| ECF 2-6 | Lyfe confidential emails, 4/13/24 | |
| ECF 2-7 | Lyfe confidential emails, 5/4/24 | |
| ~~ECF 2-8~~ | ~~Letter from Harbour's counsel to Lyfe's counsel, 9/23/25, quoting confidential documents~~ | |
| ECF 2-10 | WeChat confidential message exchange between Derek Yuan and Jing Xu, 7/14/24 | |

| Document s | Description | Decision and bases for sealing |
|---|---|---|
|  |  |  |
| ECF 2-9 | Transcript excerpts for the hearing held on 10/31/25, in the underlying case regarding Harbour's first motion to compel discovery responses from defendant Xu | DENIED. ~~Lyfe takes no position on whether this Court should seal this document and Harbour has not shown good cause to seal.~~ |
| **ECF No. 2-8 (Ex. T)** | Letter from Harbour's counsel to Lyfe's counsel, 9/23/25, quoting confidential documents | **DENIED without prejudice as Lyfe has not shown "why a less restrictive alternative to sealing," such as redacting portions of letter regarding antibodies and confidential business negotiations, "is not sufficient." Civil L.R. 79-5(c). Harbour shall file a renewed administrative motion to consider whether Lyfe's material should be sealed as to portions of Exhibit T within fourteen days of this Order. Exhibit T shall remain provisionally sealed until then.** |

**IT IS SO ORDERED.**

Dated:  April 7, 2026

_____

**Hon. Lisa J. Cisneros**