Kent J. Schmidt (SBN 195969)
schmidt.kent@dorsey.com
Jaycie J. Cruz (SBN 352494)
cruz.jaycie@dorsey.com
**DORSEY & WHITNEY LLP**
600 Anton Blvd., Suite 2000
Costa Mesa, CA  92626-7655
Telephone:    (714) 800-1400
Facsimile:    (714) 800-1499

*Attorneys for Plaintiffs and Third-Party Defendants*
HBM HOLDINGS LIMITED, HARBOUR ANTIBODIES U.S. INC.,
and HARBOUR BIOMED (SHANGHAI) CO., LTD.; and
JINGSONG WANG

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *IN RE* SUBPOENAS TO LYFE CAPITAL, DEREK YUAN, and JAMES ZHAO<br><br>In connection with:<br><br>HBM HOLDINGS LIMITED; HARBOUR ANTIBODIES U.S. INC.; and HARBOUR BIOMED (SHANGHAI) CO., LTD.<br><br>       Plaintiffs,<br><br>vs.<br><br>WEIHAO XU,<br>       Defendants.<br><br>WEIHAO XU,<br>       Third-Party Plaintiff,<br><br>vs.<br><br>JINGSONG WANG,<br>       Third-Party Defendant. | CASE NO.: 3:25-mc-80399-LJC<br><br>CASE NO.: 24-cv-12724<br>Pending In: The United States District Court for the District of Massachusetts, Eastern Division<br><br>**[PROPOSED] ORDER GRANTING IN PART PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL PLAINTIFFS' UNREDACTED MEMORANDUM IN SUPPORT OF THEIR MOTION TO COMPEL SUBPOENA RESPONSES AND CERTAIN CONFIDENTIAL EXHIBITS THERETO**<br><br>[*Filed Concurrently Herewith in Support: Plaintiffs' Administrative Motion to Seal; Declaration of Kent J. Schmidt in Support of Plaintiffs' Administrative Motion to Seal; Plaintiffs' Administrative Motion to Consider Whether Respondents' Materials Should be Sealed; Declaration of Kent J. Schmidt in Support of Plaintiffs' Administrative Motion to Consider Whether Respondents' Materials Should be Sealed; Plaintiffs' Motion to Compel Subpoena Responses from Lyfe Capital, Derek Yuan, and James Zhao; Declaration of Kent J. Schmidt in Support of Plaintiffs' Motion Compel Subpoena Responses Proposed Orders*] |

## <u>ORDER</u> AS MODIFIED

THIS MATTER came on before the Court on Plaintiffs' Administrative Motion to Seal Plaintiffs' Unredacted Memorandum in Support of Their Motion to Compel Subpoena Responses and Certain Confidential Exhibits Thereto ("Motion to Seal"). The Court, having considered the Motion to Seal and all other matters presented, and for good cause appearing, rules as follows:

| No | Document | Pin Cite | Ruling |
|----|----------|----------|--------|
| 1 | Declaration of Kent J. Schmidt in Support of Plaintiffs' Motion to Compel Subpoena Responses from Non-Parties Lyfe Capital, Derek Yuan, and James Zhao, **Exhibit T** | Exhibit T, All | Denied without prejudice as Harbour has not shown "why a less restrict alternative to sealing" the entirety of the document is insufficient. Civil L.R. 79-5(c). Harbour may move to seal portions of Ex. T within 14 days of this Order. |
| 2 | Declaration of Kent J. Schmidt in Support of Plaintiffs' Motion to Compel Subpoena Responses from Non-Parties Lyfe Capital, Derek Yuan, and James Zhao, **Exhibit Y** | Exhibit Y, All | **DENIED** |
| 3 | Plaintiffs' Memorandum in Support of Motion to Compel Subpoena Responses | 16:3-6 | **GRANTED** |
| 4 | Plaintiffs' Memorandum in Support of Motion to Compel Subpoena Responses | 16:15-17 | **GRANTED** |
| 5 | Plaintiffs' Memorandum in Support of Motion to Compel Subpoena Responses | 18:15-19 | **GRANTED** |

**IT IS SO ORDERED.**

Dated:  April 7, 2026

_____
Judge of the United States District Court

1

ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL