Kent J. Schmidt (SBN 195969)
*schmidt.kent@dorsey.com*
Jaycie J. Cruz (SBN 352494)
*cruz.jaycie@dorsey.com*
**DORSEY & WHITNEY LLP**
600 Anton Blvd., Suite 2000
Costa Mesa, CA 92626-7655
Telephone: (714) 800-1400
Facsimile: (714) 800-1499

*Attorneys for Plaintiffs and Third-Party Defendants*
HBM HOLDINGS LIMITED, HARBOUR ANTIBODIES U.S. INC., and HARBOUR BIOMED (SHANGHAI) CO., LTD.; and JINGSONG WANG

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *IN RE* SUBPOENAS TO LYFE CAPITAL, DEREK YUAN, and JAMES ZHAO<br><br>In connection with:<br><br>HBM HOLDINGS LIMITED; HARBOUR ANTIBODIES U.S. INC.; and HARBOUR BIOMED (SHANGHAI) CO., LTD.<br>Plaintiffs,<br><br>vs.<br><br>WEIHAO XU,<br>Defendants.<br><br>WEIHAO XU,<br>Third-Party Plaintiff,<br><br>vs.<br><br>JINGSONG WANG,<br>Third-Party Defendant. | CASE NO.: 3:25-mc-80399-LJC<br><br>CASE NO.: 24-cv-12724<br>Pending In: The United States District Court for the District of Massachusetts, Eastern Division<br><br>**~~[PROPOSED]~~ ORDER GRANTING PLAINTIFFS' UNOPPOSED RENEWED ADMINISTRATIVE MOTION TO CONSIDER WHETHER RESPONDENTS' MATERIALS SHOULD BE SEALED**<br><br>[*Filed Concurrently Herewith in Support: Plaintiffs' Unopposed Renewed Administrative Motion to Consider Whether Respondents' Materials Should be Sealed; Declaration of Kent J. Schmidt in Support of Plaintiffs' Renewed Administrative Motion to Consider Whether Respondents' Materials Should be Sealed*] |

# ~~[PROPOSED]~~ ORDER

THIS MATTER came on before the Court on Plaintiffs' Unopposed Renewed Administrative Motion to Consider Whether Respondents' Materials Should be Sealed ("Renewed Administrative Motion"). The Court, having considered the Renewed Administrative Motion and all other matters presented, and for good cause appearing, rules as follows:

| No | Document | Pin Cite | Ruling |
|---|---|---|---|
| 1 | Declaration of Kent J. Schmidt in Support of Plaintiffs' Renewed Motion to Compel Subpoena Responses from Non-Parties Lyfe Capital, Derek Yuan, and James Zhao, **Exhibit T** | **Exhibit T** at 3-4 (highlighted sections). | **GRANTED** |

**IT IS SO ORDERED.**

Dated: July 30, 2026

HONORABLE LISA J. CISNEROS
UNITED STATES MAGISTRATE JUDGE